IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| EDWARD C. HUGLER, <br> ACTING SECRETARY OF LABOR, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-16-2052 |
| LOCAL 689, AMALGAMATED <br> TRANSIT UNION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. The Clerk shall substitute Edward C. Hugler, Acting Secretary of Labor, for former Secretary of Labor, Thomas E. Perez;

2. Plaintiff Secretary's Motion for Summary Judgment, ECF No. 13, is GRANTED;

3. Defendant Union's Motion for Summary Judgment, ECF No. 21, is DENIED; and

4. The Clerk shall CLOSE the case.

Dated: July 18, 2017

GEORGE J. HAZEL
United States District Judge